# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

R. ALEXANDER ACOSTA, Secretary of
Labor, United States Department of Labor,

       Plaintiff,

  -against-

LIBERTY GAS STATION AND CONVENIENCE STORE,
LLC, LIBERTY PIZZA & CONVENIENCE, INC.,
HUSEYIN TURAN, Individually and as Owner,

       Defendants.

**ORDER**

5:17-cv-00561-BKS-ATB

  WHEREAS Bousquet Holstein PLLC, ("Bousquet Holstein") counsel for Defendants Liberty Gas Station and Convenience Store, LLC, Liberty Pizza & Convenience, Inc., and Huseyin Turan (collectively the "Defendants"), has moved for an Order, pursuant to Rule 83.13 of the Local Rules of the United States District Court of the Northern District of New York, directing that certain documents and information submitted in support of Bousquet Holstein's Motion to Withdraw as Counsel of Record for the Defendants in this action, dated February 28, 2018, be file under seal with the Clerk of the Court, and

  WHEREAS Bousquet Holstein has established that the documents and/or information it seeks to file under seal are protected by the attorney-client privilege, and upon due deliberation,

  IT IS HEREBY ORDERED that Bousquet Holstein's Motion to File Certain Documents Under Seal is granted, and that the Clerk of the Court shall file under seal an unredacted version of the Affidavit of L. Micha Ordway, Esq., dated February 28, 2018, and Exhibits A, B, and C thereto, and an unredacted version of the Memorandum of Law submitted by Bousquet Holstein in support of its Motion to Withdraw as Counsel.

  IT IS SO ORDERED.

Dated:
Syracuse, New York

                                                               Hon. Andrew T. Baxter
                                                                United States Magistrate Judge