To Whom it my concenn:

This is Huseyin TURAN the owner of Liberty Pizza and Convenience Stree Inc. On 03/07/2018 I was agreed to hire an attorney for my trial case with Federal labor Deparment. I have been looking for an attorney that I can afford in this matter to Represente me and the businesses but they are very expensive. I came very close to find one and have an appoitment with him on 04/09/2018 (Monday). If possiable I can get 1 week extension to find an attorney I really appriciate!

Huseyin TURAN

04/06/2018

U.S. DISTRICT COURT - N.D. OF N.Y.

FILED

APR −6 2018

AT_____O'CLOCK_____

Lawrence K. Baerman, Clerk - Syracuse

Cell: 718 710 6062

Huso.28@ hotmail.com