**U.S. Department of Labor**  
**Office of the Solicitor**

201 Varick Street, Room 983  
New York, NY 10014  
Tel:   (646) 264-3653  
Fax:  (646) 264-3660  
Email:  tai.amy@dol.gov



Reply to the Attention of:   Amy Tai, Esq.

December 4, 2018

<u>Via ECF</u>

Honorable Andrew T. Baxter  
U.S. Magistrate Judge  
Northern District of New York  
Federal Building and U.S. Courthouse  
Syracuse, NY 13261

    RE:   *Acosta v. Liberty Gas Station and Convenience Store, LLC et al.*,  
           No. 5:17-cv-00561-BKS-ATB

Dear Judge Baxter:

Plaintiff R. Alexander Acosta, Secretary of Labor, United States Department of Labor (the "Secretary") submits this status report pursuant to Your Honor's November 30, 2018 Order (ECF No. 40). Since filing our October 29, 2018 pre-motion letter, we have not spoken directly to counsel for defendants, Robert Tisdell. When counsel for the Secretary contacted Mr. Tisdell's office last week, a representative from his office explained that he is now undergoing rehabilitation for his medical condition, and that Mr. Tisdell had asked attorney Anas Saleh to handle this case and provided his contact number. However, when counsel for the Secretary spoke with Mr. Saleh, he stated that he had not been retained to represent the defendants in this matter. This week, counsel for the Secretary tried calling Mr. Tisdell's office and received an automated message stating that the mailbox was not accepting messages.

As a result of the foregoing, none of the outstanding discovery deficiencies have been rectified, despite the parties having conferred for several months, prior to Mr. Tisdell's medical emergency. Accordingly, the Secretary now seeks the Court's permission to file a motion to compel. Should the Court deem appropriate, the Secretary is available for a status conference with the defendants.

Sincerely,

Jeffrey S. Rogoff  
Regional Solicitor

    By:    /s/  
           Amy Tai  
           Trial Attorney

    cc:    Robert L. Tisdell (counsel for defendants via ECF)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
R. ALEXANDER ACOSTA, Secretary of Labor, United  :
States Department of Labor,
                                                 :
          Plaintiff,
     v.                                          :
                                                        No. 17-CV-00561-BKS-ATB
LIBERTY GAS STATION AND CONVENIENCE              :
STORE, LLC, LIBERTY PIZZA & CONVENIENCE,
INC., and HUSEYIN TURAN, Individually,           :

          Defendants.                            :
-------------------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2018, I electronically filed a copy of the Secretary's letter dated December 4, 2018 with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the attorneys of record.

Dated: December 4, 2018
       New York, New York

                                         *s/ Alexander M. Kondo*
                                         ALEXANDER M. KONDO