**TISDELL & MOORE**
ATTORNEYS AND COUNSELORS AT LAW
UNIVERSITY BUILDING SUITE 615
120 EAST WASHINGTON STREET
SYRACUSE, NEW YORK 13202
TELEPHONE: 315-474-2981
FAX: 315-474-5574

ROBERT L. TISDELL
TIMOTHY A. MOORE

SERVICE BY FAX
NOT ACCPETED

December 12, 2018

Honorable Andrew T. Baxter
U.S. Magistrate
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, New York  13261-7396

RE:  Acosta vs. Liberty Gas Station and Convenience Store, LLC et al
5:17-cv-561-BKS-ATB

Dear Judge Baxter:

I suffered a serious medical condition approximately six weeks ago and am still in rehabilitation. I am unable to continue with the above referenced case and have asked Attorney Anas Saleh to take over this case for me as he has worked with me on this matter. I would ask if we could have an extension of time to respond to the motion scheduled for December 17th, 2018. Amy Tai has agreed to an extension to January 4th, 2018. Please advise.

Sincerely,

TISDELL & MOORE

By:

Robert L. Tisdell
rtisdell@centralny.twcbc.com

RLT/mew
cc:  Amy Tai, Esq. – tai.Amy@dol.gov
Alexander M. Kondo, Esq. – kondo.alexander.m@dol.gov