UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

---

R. ALEXANDER ACOSTA, Secretary of Labor
United States department of Labor

                Plaintiff,

v.

LIBERTY GAS STATION AND CONVENIENCE STORE, LLC, et al
,

                Defendants.

Case No.: 5:17-cv-00561 (BKS-ATB)

---

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE AND PLEASE ENTER THE APPEARANCE of Anas Saleh of the law firm Anas Saleh, Esq., as counsel in this case on behalf of Defendants Liberty Gas Station and Convenience Store, LLC and Huseyin Turan, Individually and as Owner.  Anas Saleh, Esq. is admitted to pro hac vice to practice in this Court.

Dated: January 4, 2019

                                                  Respectfully submitted,

                                                  **/s Anas Saleh**_____
Anas Saleh, Esq. (Bar No. 517409)
Attorney for Defendants Liberty Gas Station and Convenience Store, LLC and Huseyin Turan, Individually and as Owner
Anas Saleh, Esq.
Office and Post Office Address
404 Oak St., STE 288
Syracuse, NY 13203
Telephone: (315) 569-1343
Facsimile: (315) 282-2601
Email: asaleh@salehesq.com