UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

R. ALEXANDER ACOSTA, Secretary of Labor
United States Department of Labor

               Plaintiff,

                                   Case No.: 5:17-cv-00561 (BKS-ATB)

v.

LIBERTY GAS STATION AND CONVENIENCE
STORE, LLC, LIBERTY PIZZA &
CONVENIENCE, INC., and HUSEYIN TURAN,
Individually,

               Defendants.

**DECLARATION OF ANAS SALEH, ESQ.**

I, ANAS SALEH, declare under penalty of perjury that the following is true and correct:

    1.    I am an attorney with the law firm of Anas Saleh, Esq., located at 404 Oak St., STE 288, Syracuse, New York 13203. I submit this Declaration in Support of Defendants' Liberty Gas Station and Convenience Store, LLC and Huseyin Turan, Individually (together "Defendants") Memorandum of Law in Support of Defendants' Opposition to Plaintiff's Motion for Spoliation Sanctions.

    2.    I am the attorney assigned to represent Defendants in the above-captioned matter.

    3.    I have reviewed the Plaintiff's motion papers (including exhibits) with respect to its motion for spoliation sanctions.

    4.    I submit the annexed Memorandum of Law in Support of Defendants' Opposition to Plaintiff's Motion for Spoliation Sanctions.

5. Any exhibits submitted with Defendants' response are true and accurate copies of the same to the best of my knowledge.

6. Pursuant to 28 U.S.C. Section 1746, I declare under the penalty of perjury the foregoing is true and correct.

Executed on the 11th day of January 2019.

Respectfully submitted,

_____
Anas Saleh, Esq. (Bar No. 517409)
Attorney for Defendants Liberty Gas Station and Convenience Store, LLC and Huseyin Turan, Individually and as Owner
Anas Saleh, Esq.
Office and Post Office Address
404 Oak St., STE 288
Syracuse, NY 13203
Telephone: (315) 569-1343
Facsimile: (315) 282-2601
Email: asaleh@salehesq.com
