**UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK**

---

R. ALEXANDER ACOSTA, Secretary of Labor
United States Department of Labor

                Plaintiff,

                                 Case No.: 5:17-cv-00561 (BKS-ATB)

v.

LIBERTY GAS STATION AND CONVENIENCE
STORE, LLC, et al
,

                Defendants.

---

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2019, on behalf of Defendants Liberty Gas Station and Convenience Store, LLC and Huseyin Turan, Individually and as Owner, I electronically filed a copy of the Declaration of Anas Saleh, Esq. cpf "O go qtcpfwo "qh"Ncy "kp"Uwrrqtv"qh"Fghgpfcpwu"Qrrqukkqp"vq"Rnckpvkhhu"Oqvkqp" for Spoliation Sanctions with the Clerk of the District Court using the CM/ECF system on all counsel of record via CM/ECF.


Dated: January 11, 2019

                              Respectfully submitted,


                              **/s Anas Saleh**
                              Anas Saleh, Esq. (Bar No. 517409)
                              Attorney for Defendants Liberty Gas Station and Convenience Store, LLC and Huseyin Turan, Individually and as Owner
                              Anas Saleh, Esq.
                              Office and Post Office Address
                              404 Oak St., STE 288
                              Syracuse, NY 13203
                              Telephone: (315) 569-1343
                              Facsimile: (315) 282-2601
                              Email: asaleh@salehesq.com