| | | |
|---|---|---|
| **U.S. Department of Labor**<br>**Office of the Solicitor** | 201 Varick Street, Room 983<br>New York, NY 10014<br>Tel:   (646) 264-3653<br>Fax:  (646) 264-3660<br>Email:  tai.amy@dol.gov |  |

Reply to the Attention of:     Amy Tai, Esq.

January 25, 2019

<u>Via ECF</u>

Honorable Andrew T. Baxter
U.S. Magistrate Judge
Northern District of New York
Federal Building and U.S. Courthouse
Syracuse, NY 13261

    **RE:**    *Acosta v. Liberty Gas Station and Convenience Store, LLC et al.*,
           No. 5:17-cv-00561-BKS-ATB

Dear Judge Baxter:

Plaintiff R. Alexander Acosta, Secretary of Labor, United States Department of Labor (the "Secretary") requests a status conference with Your Honor and all the defendants in this matter to discuss the representation of defendant Liberty Pizza & Convenience, Inc. ("Liberty Pizza").

On April 17, 2018, attorney Robert Tisdell entered an appearance for all three defendants in this matter, substituting for defendants' prior counsel at Bousquet Holstein PLLC. *See* ECF No. 33. In late November 2018, Mr. Tisdell's office told counsel for the Secretary that Mr. Tisdell was undergoing rehabilitation for a medical condition and that Mr. Tisdell had asked attorney Anas Saleh to handle his case. On January 4, 2019, Anas Saleh entered an appearance for only two of the defendants, Huseyin Turan and Liberty Gas Station and Convenience Store, LLC ("Liberty Gas"). *See* ECF No. 49. The Secretary's understanding from Mr. Saleh is that Mr. Tisdell is still recovering and unable to currently participate in this litigation. Because Mr. Tisdell's office has not filed a motion to withdraw and Mr. Saleh does not represent Liberty Pizza, the Secretary requests the Court's guidance on how to proceed with Liberty Pizza's representation. Counsel for the Secretary has conferred with Mr. Saleh and he concurs that that the Court's guidance on this issue would be helpful.

Sincerely,

Jeffrey S. Rogoff
Regional Solicitor

By:     /s/
        Amy Tai
        Trial Attorney