*Anas Saleh, Esq.*
**ATTORNEY AT LAW**
*404 Oak St., Ste. 288*
*Syracuse, NY 13203-2997*
*315-569-1343*
*asaleh@salehesq.com*

February 19, 2019

**VIA ECF**
Honorable Andrew T. Baxter
U.S. Magistrate Judge
Federal Building and U.S. Courthouse P.O. Box 7396
Syracuse, New York 13261-7396

Re: Acosta v. Liberty Gas Station and Convenience Store, LLC et al. (5:17-cv-00561-BKS-ATB)

Dear Honorable Judge Baxter:

I discussed with my client and confirmed we will agree to fully comply with your text order, provided we are ethically allowed.  We will do whatever the Court and your Honor would like us to do, so that way we will get our public trial to defend my client's honor.

Thank you, your Honor, it was too early to end this case at this stage.  I am sure Plaintiff's Counsel was relieved, as I wouldn't know how to respond from that.  I am a legal executioner for my client and **now** have been directed to execute with the legal force of ***Zeus' Thunderbolt*** on the Plaintiff's feeble claims. **I am bound by my duty to my client.**

**President Trump is doing an amazing job for our country**!  If anyone one disagrees, I want a hearing pursuant to Federal Rule of Evidence 201.  You know I can ask for one.  Plus, I am not worried to speak the truth because once President Trump (the people's president) finds out, things will change fast.

Please know I invoke the **1st, 4th, 5th, and 6th Amendments of the U.S. Constitution** to protect myself in making these good faith legal and ethical arguments.  **I will defend myself, my family and my client stands** with me should **Plaintiff or the Court** try to stop my legal and ethical zealous representation.  I am an officer of the court, and only ask to be respected as the same.  Thank you founding fathers!

*E pluribus unum* *(google it).*

**s/ Anas Saleh, Esq.**
Anas Saleh, Esq. (Bar No. 517409)
Attorney for Defendants Huseyin Turan and Liberty Gas
Anas Saleh, Esq.
404 Oak St., STE 288
Syracuse, NY 13203
Telephone: (315) 569-1343
Facsimile: (315) 282-2601
Email: asaleh@salehesq.com

cc via ECF:  Amy Tai, Esq.