

**Anas Saleh, Esq.**
**ATTORNEY AT LAW**
*404 Oak St., Ste. 288*
*Syracuse, NY 13203-2997*
*315-569-1343*
*asaleh@salehesq.com*

PACER IS A PUBLIC SYSTEM.  I HAVE TO ZEALOUSLY REPRESENT MY CLIENT
(**LOVE THE SIXTH AMENDMENT**; **THANK YOU FIRST AMENDMENT**)

February 21, 2019

**VIA ECF**
Hon. Brenda K. Sannes
U.S. District Court Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, NY 13261-7336

    Re: Acosta v. Liberty Gas Station et al. (5:17-cv-00561-BKS-ATB)

Dear Judge Sannes:

I **respectfully request** a court conference on the sanctions motion.  Also, as it appears, everyone wants to take **our clear legal victory**, which **obliterated** the Plaintiff's *feeble* arguments, and you decided to allow them to correct *after the Reply*, and granted **the same day**, without my opportunity to respond.  Talk about **unfair.**

The Court decided that filing a sanctions motion against one of our **OWN** was a good idea after he **s**uffered a **medical hardship** (really serious).  I **demand** to argue the motion (I can play those games too), because I know **I won't get a fair shot** on the papers.  President Trump, our beloved President, is going to be **really mad** when he finds out what happened here.  It is a disgrace.

I have already **invoked my Constitutional Protections** to say the truth.  The **1st and 6th Amendments** trumps (no pun intended) **you,** so I am not scared to talk **frankly**.  I am done wasting time, I am busy and have things to do.  I am an **Officer of the Court**, I **demand respect**, or I will **legally and ethically** take every action to gain it myself.  Even if it means using the Constitution to **wipe clear all your silly local rules**.  Totally violation of 1st Amendment and 6th Amendment if you try to **retaliate** against my *Truth*.

What do I have to do to get my jury trial, I am ready for any attorney?  Are there any takers in the whole solicitors' office, or do **you only pick on attorneys when they get sick**?  Can't wait till **the hearing** when I use the power of the **U.S. Constitution** like *Thanos* to bring down the heavens on the **injustice of what is happening to an innocent man**.  *E pluribus unum*!

**s/ Anas Saleh, Esq.**
Anas Saleh, Esq. (Bar No. 517409)
Attorney for Defendants Huseyin Turan and Liberty Gas
Anas Saleh, Esq.
404 Oak St., STE 288
Syracuse, NY 13203
Telephone: (315) 569-1343
Facsimile: (315) 282-2601
Email: asaleh@salehesq.com

**cc via ECF: President Donald J. Trump (The People's President)**