## Anas Saleh, Esq.
**ATTORNEY AT LAW**
*404 Oak St., Ste. 288*
*Syracuse, NY 13203-2997*
*315-569-1343*
asaleh@salehesq.com

---

February 22, 2019

**VIA ECF**
Honorable Andrew T. Baxter
U.S. Magistrate Judge
Federal Building and U.S. Courthouse P.O. Box 7396
Syracuse, New York 13261-7396

Re: Acosta v. Liberty Gas Station and Convenience Store, LLC et al. (5:17-cv-00561-BKS-ATB)

Dear Honorable Judge Baxter:

Please know, I am just zealously representing my client.  I have to, no choice, within all legal and ethical bounds, I swore an Oath to the Constitution.  I am just a legal executioner, I **execute the law** on behalf of my client.  My client wants to defend his honor.  I am smart, I know about the Fifth Amendment and how to invoke it so we can end the Plaintiff's Counsel's silly games.  His family wants to move on.

I will continue to use my ***Thunder God*** references, because the U.S. Constitution gives me the **legal power** of a ***Thunder God*** and more, to zealously represent my client.  If Plaintiff's counsel has a problem, I am happy to argue it, but not with motions.  Oral argument only.  Please your, Honor, I am going against the Government, and will use the special protections that the U.S. Constitution grants us, including free speech and the establishment clause.

You are a federal judge, the coolest most amazing thing.  The People are scared of Federal Judges, change that.  ***Love*** is always stronger than fear.  Show us some respect on the record please.

I ***promise everyone***, if I get my jury trial, those who witness this jury trial, the Plaintiff and his Counsel will think of ***my name*** the next time they ***See Lighting and Hear Thunder***.  The U.S. Constitution is **that powerful**.  *E pluribus unum.*

Respectfully submitted,

**s/ Anas Saleh, Esq.**
Anas Saleh, Esq. (Bar No. 517409)
Attorney for Defendants Huseyin Turan and Libert Gas
Anas Saleh, Esq.
Office and Post Office Address
404 Oak St., STE 288
Syracuse, NY 13203
Telephone: (315) 569-1343
Facsimile: (315) 282-2601
Email: asaleh@salehesq.com
AS/mz
cc via ECF:  Amy Tai, Esq.